UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| G.K., et al., | \* |
| | \* |
| Plaintiff, | \* |
| v. | \* Civil No. 1:21-cv-00004 |
| | \* |
| Christopher Sununu, et al., | \* |
| | \* |
| Defendants. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF NO OBJECTION TO ECF NOS. 14-17

Defendants, by and through their counsel, the New Hampshire Office of the Attorney General, hereby provide notice that they do not object to the pro hac vice motions at ECF Nos. 14-17. The defendants nonetheless reserve the right to challenge the reasonableness of those admissions in the event the plaintiffs are ever in a position to request attorneys fees and costs in this case.

                                                   Respectfully submitted,

                                                   CHRISTOPHER SUNUNU, LORI SHIBINETTE,
                                                   JOSEPH RIBSAM, HENRY LIPMAN, and
                                                   CHRISTOPHER KEATING

                                                   By their attorney,

                                                 THE OFFICE OF THE NEW HAMPSHIRE
                                                 ATTORNEY GENERAL

Dated: January 15, 2021                    /s/ Anthony J. Galdieri
                                                 Anthony J. Galdieri, Bar #18594
                                                 Senior Assistant Attorney General
                                                 Civil Bureau
                                                 (603) 271-3650
                                                 anthony.j.galdieri@doj.nh.gov

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2021, a copy of the foregoing notice of no objection to ECF nos. 14-17 was sent to counsel of record through the court's ECF system.

                                               */s/ Anthony J. Galdieri*
                                               Anthony J. Galdieri