IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

G.K., et al.,

        Plaintiffs,

v.

                                      Case No. 21-CV-4-PB

CHRISTOPHER SUNUNU, et al.,

        Defendants.

**Notice of Change in Circumstances of Named Plaintiff R.K.**

1. Named Plaintiffs are four youth in the legal custody of the Division for Children, Youth and Families ("DCYF"). They have brought a putative class action complaint on behalf of themselves and other youth with mental impairments who are, or are at risk of being, unnecessarily placed in congregate care settings.

2. Plaintiff youth are a fluid population who experience frequent moves and placement instability (ECF Doc. No. 1 ¶50).

3. In the complaint, Plaintiff R.K. alleged that they were committed to the Sununu Youth Services Center ("SYSC") (ECF Doc. No. 1 ¶117). They further alleged that they did not understand why they never had the opportunity to live with a family member (ECF Doc. No. 1 ¶118).

4. Since filing of the complaint, Plaintiff R.K. has been discharged from SYSC and placed in the home of a relative caregiver.

5. R.K. remains in the legal custody of DCYF, is at risk of placement in a congregate care setting and, therefore, continues to be an appropriate named plaintiff.

1

Dated: May 27, 2021		Respectfully submitted,

PLAINTIFFS, G.K., et al.,

By their attorneys,

/s/ Michelle Wangerin_____
**NEW HAMPSHIRE LEGAL ASSISTANCE**
Michelle Wangerin
N.H. Bar No. 17769
Kay E. Drought
N.H. Bar No. 12851
154 High Street
Portsmouth, NH 03801
P: (603) 431-7411
F: (603) 431-8025
mwangerin@nhla.org
kdrought@nhla.org

**AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE**
Gilles R. Bissonnette
N.H. Bar No. 265393
Henry R. Klementowicz
N.H. Bar No. 21177
18 Low Avenue
Concord, NH 03301
P: (603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org

**DISABILITY RIGHTS CENTER-NH, INC.**
Karen L. Rosenberg
N.H. Bar No. 5639
Pamela E. Phelan
N.H. Bar No. 10089
Sarah J. Jancarik
N.H. Bar No. 272310
64 North Main Street, Suite 2
Concord, NH 03301-4913
P: (603) 228-0432
F: (603) 225-2077
karenr@drcnh.org
pamelap@drcnh.org
sarahj@drcnh.org

**CHILDREN'S RIGHTS, INC.**
Ira Lustbader**
NY Bar No. 2516946
Shereen A. White**
PA Bar No. 308118
Nicole Taykhman**
NY Bar No. 5522776
88 Pine Street, 8th Floor
New York, NY 10005
P: (212) 683-2210
F: (212) 683-4015
ilustbader@childrensrights.org
swhite@childrensrights.org
ntaykhman@childrensrights.org

**WEIL, GOTSHAL & MANGES LLP**
Konrad L. Cailteux**
NY Bar No. 2056505
Sudip K. Kundu**
NY Bar No. 5476601
767 Fifth Avenue
New York, NY 10153
P: (212) 310-8000
F: (212) 310-8007
Konrad.Cailteux@weil.com
Sudip.Kundu@weil.com

**Admitted *pro hac vice*.

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I certify that a copy of this Notice is being served electronically via the court's ECF system upon the persons listed below:

Anthony J. Galdieri
Jennifer S. Ramsey
Nathan W. Kenison-Marvin

Date: May 27, 2021                             /s/ Michelle Wangerin_____
                                                              Michelle Wangerin