Reset Form

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

G.K., et al.,
_____
Plaintiff(s)/United States

                    v.                          Case No.  21-CV-4-PB  _____

Christopher Sununu, et al.,  _____
Defendant(s)


**NOTICE OF CONVENTIONAL FILING**

Please take notice that  Plaintiffs G.K., C.I., T.L., and R.K. _____  has
conventionally filed the following attachment or exhibit: Exhibit A - Document from the
DCYF Case File of C.I., bates-stamped DCYF-CI 3193 (AMENDED). _____.

This attachment or exhibit has not been filed electronically because:

This document has been designated as "Confidential - Subject to Protective Order" pursuant to
the Agreed-To Protective Order entered in this case (ECF No. 33).



Date: September 22, 2021                /s/  Michelle Wangerin
                                        Michelle Wangerin
                                        N.H. Bar No. 17769
                                        New Hampshire Legal Assistance
                                        154 High Street
                                        Portsmouth, NH 03801
                                        (603) 431-7411
                                        mwangerin@nhla.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

Anthony J. Galdieri

Jennifer S. Ramsey

Nathan W. Kenison-Marvin

Date: September 22, 2021

/s/ Michelle Wangerin

Michelle Wangerin

N.H. Bar No. 17769

New Hampshire Legal Assistance

154 High Street

Portsmouth, NH 03801

(603) 431-7411

mwangerin@nhla.org