# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| G.K., by their next friend, Katherine Cooper;<br>C.I., by their next friend, Christine C. Wellington;<br>T.L., by their next friend, Christine C. Wellington;<br>R.K., by their next friend, Katherine Cooper;<br>for themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>CHRISTOPHER SUNUNU, in his official capacity as the Governor of New Hampshire; LORI SHIBINETTE, in her official capacity as the Commissioner of the New Hampshire Department of Health and Human Services; JOSEPH RIBSAM, in his official capacity as the Director of the Division for Children, Youth and Families; HENRY LIPMAN, in his official capacity as the Director of New Hampshire Medicaid Services; and CHRISTOPHER KEATING, in his official capacity as the Director of the Administrative Office of the Courts,<br><br>**Defendants.** | Case No. 21-CV-4 |

## NOTICE OF WITHDRAWAL

I hereby notify the Court of my Withdrawal as counsel for Plaintiffs.

Respectfully submitted,

DISABILITY RIGHTS CENTER-
NEW HAMPSHIRE, INC.

Date: November 1, 2022        By:    /S/ Pamela E. Phelan
Pamela E. Phelan (#10089)
pamelap@drcnh.org
(603) 491-4157 (mobile number)
64 North Main Street, Ste. 2
Concord, NH 03301
(603) 228-0432 (general office number)
(603) 225-2077 (general office fax number)

**CERTIFICATE OF SERVICE**

I certify that this Notice of Withdrawal has been forwarded to all counsel of record by the Court's electronic filing system.


Dated:  November 1, 2022                    /S/ Pamela E. Phelan