UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| G.K, by their next friend, Katherine Cooper, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Christopher Sununu, in his official capacity as the Governor of New Hampshire, et al.<br><br>Defendants. | Case No. 1:21-cv-0004 |

**DEFENDANTS' ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO FILE A REQUEST FOR RECONSIDERATION**

Pursuant to Federal Rile of Civil Procedure 6(b)(1)(A), Defendants move for a seven-day extension of the deadline to file a Request for Reconsideration of the Court's Order of October 19, 2022 ("the Order"), Doc. No. 119.

On October 19, 2022, the Court directed Defendants to produce documents responsive to Request Number 1 in Plaintiff's Third Set of Requests for Production of Documents to DHHS, limited to "files" of "older foster youth with mental impairments, a record of such impairments or who are regarded as having such impairments, who have been placed in the legal custody of the New Hampshire Division of Children, Youth and Families ('DCYF') due to parental abuse or neglect" by December 1, 2022. *See* Doc. No. 119, at 13.

Defendants request this extension of time to allow the parties to continue to engage in discussions to reach a compromise about the use of Attorneys' Eyes Only designation and other issues relating to the Order. The outcomes of those discussions will impact the date by which it will be feasible for Defendants to complete production, which in turn will effect whether Defendants will move for partial reconsideration of the Order with respect to December 1, 2022

1

deadline only.[1] This constitutes good cause for an extension of time.

Defendants have consulted with Plaintiffs' counsel, who have informed Defendants that Plaintiffs assent to the motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | LORI SHIBINETTE, in her official capacity as Commissioner of the New Hampshire Department of Health and Human Services, |
|  | By their attorney, |
|  | JOHN M. FORMELLA<br>NEW HAMPSHIRE ATTORNEY GENERAL |
| Dated: November 2, 2022 | By: /s/ Nathan W. Kenison-Marvin<br>Jennifer S. Ramsey, Bar No. 268964<br>Senior Assistant Attorney General<br>Nathan W. Kenison-Marvin, Bar No. 270162<br>Assistant Attorney General<br>Office of the Attorney General (Civil Bureau)<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301-6397<br>(603) 271-3650<br>jennifer.s.ramsey@doj.nh.gov<br>nathan.w.kenison-marvin@doj.nh.gov |
|  | /s/ Philip Peisch<br>Philip J. Peisch<br>Caroline M. Brown<br>Julia M. Siegenberg<br>Brown & Peisch PLLC<br>1233 20th St. NW, Suite 505<br>Washington, DC 20036<br>ppeisch@brownandpeisch.com |

---

[1] An extension of this deadline would not result in the continuance of any hearing, conference, or trial. See L.R. 7.2(a).

## CERTIFICATE OF SERVICE

      I, Philip Peisch, hereby certify that I caused a true and correct copy of the foregoing to be filed through the ECF system and served electronically on the registered participants as identified on the Notice of Electronic Filing.

November 2, 2022        /s/ Philip Peisch
                                       Philip J. Peisch