# EXHIBIT E

| Doc # | File Name | Categories of privilege identified | Author(s) of document | "Decision" | "Purpose" | Reflects personal opinions of author | Would inaccurately reflect or prematurely disclose views | Actually viewed/solicited/received by Gov | Prepared in connection with then-proposed legislation | Details |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Foster Care Licensing Changes.pdf | Executive Legislative & DPP | DHHS/DCYF; Individual Unknown | Whether to support proposed recommended legislative change | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft; pertains to proposed legislation about fire inspections |
| 26 | Key Changes to Budget - House Phase.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto Budget Bill(s) | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; notes by Formella pertaining to proposed legislation made for advising/briefing |
| 27 | 2017 HB 2- Language from Agencies.docx | Executive Legislative & DPP | John Formella, General Counsel | Form in which to introduce budget bills | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; collection of budget submission materials for discussion purposes |
| 37 | Gov Office Priority Bills - JMF Tracking.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto each referenced bill | Discussion with Gov and Immediate Advisors | Yes | No, document discloses subject of communications between gov and advisors | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; tracking document prepared for briefing/advising purposes; lists subject area, bill #, description, status, and "next"; references thirteen pieces of pending legislation |
| 46 | DCYF Leadership Letter (JMF Edits).docx | Executive Legislative & DPP | DJ Bettencourt, Policy Director; edits by John Formella, General Counsel | Whether and in what form to send letter to legislators | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft of letter to Senator Soucy and Speaker Shurtleff |
| 75 | 2019 Major Spending Bills.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto the tracked bills | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; notes made by Formella pertaining to prposed legislation for tracking and advising purposes; for four bills, contains bill number, title, a summary, and "general |
| 87 | HHS Prioritized Needs.pdf | Executive Legislative & DPP | Kerrin Rounds, Deputy Commissioner, DHHS | Form in which to introduce budget bills | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft; briefing document; describes staffing priorities and costs for 2020-2021 biennium budget |
| 88 | HB 2 Excerpt - Establishment of New Mental Health Facilities.docx | Executive Legislative & DPP | John Formella, General Counsel | Form in which to introduce budget bills | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft |
| 160 | OCA Response to DHHS Response to 2018 Report - 1-16-19.pdf | Executive DPP | Moira O'Neill, Child Advocate | Determine Appropriate Course of Action Based upon 2018 Annual Report of the Office of the Child Advocate | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; briefing/advising document, Governor's Office provided with discussions between Child Advocate and DHHS Commissioner following report |
| 163 | FW_ Office of the Child Advocate Review of Nashua Children's Home.msg | Executive | Lori Shibinette, Commissioner, DHHS; enclosing communication from Moira O'Neill, Child Advocate | Communication Primarily for Information | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; advising/briefing document; OCA report and invitation to respond |
| 164 | FW_ World Perspective's Publication.msg | Executive | Joe Ribsam, DCYF Director | Communication Primarily for Information | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; advising/briefing document; e mail sharing publication with comment re: reference to Governor |
| 167 | Fw_ DCYF Strategic Priorities SFY 2022_2023.msg | Executive | Joe Ribsam, DCYF Director | Communication Primarily for Information | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; discussion draft; briefing document, fwd of e-mail recapping prior year priorities and announcing new ones with comments for Governor's office |
| 169 | Office of the Child Advocate memo and advance report.msg | Executive | Moira O'Neill, Child Advocate | Communication Primarily for Information | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; briefing/advising document; E mail providing updates and advance copy of 2020 System Learning Review Summary with comments |
| 171 | FW_ SMI Demonstration Amendment 083121 DRAFT.msg | Executive DPP | Alyssa Cohen, Division of Medicaid, DHHS | Whether to make any final comments or request changes prior to delivery to CMS | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; advising/briefing document; discussion draft; transmittal e-mail |
| 174 | 02-02-22_CIR_ISSUE_BRIEFING.pdf | Executive | Moira O'Neill, Child Advocate | Communication Primarily for Information | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; briefing document |
| 178 | OCA_Briefing-_Closing_SYSC_4-23- 2021_.pdf | Executive DPP | Moira O'Neill, Child Advocate | Whether and how to Transition SYSC | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; briefing/advising document |

Consolidated Privilege Log Entries for 21 Produced Documents

| Doc # | File Name | Categories of privilege identified | Author(s) of document | "Decision" | "Purpose" | Reflects personal opinions of author | Would inaccurately reflect or prematurely disclose views | Actually viewed/solicited/received by Gov | Prepared in connection with then-proposed legislation | Details |
|---|---|---|---|---|---|---|---|---|---|---|
| 184 | Report13_-_SFY_2021_MCM_Program_Rates_and_Certification.pdf | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; Milliman Report to DHHS on capitation rate development; shared with governor's office for briefing/advising purposes; |
| 190 | Lipman14_-_Attachment_A_-_SFY_2021_Rate_Cell_Recommendation.pdf | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 199 | Lipman13_-_Attachment_A_-_SFY_2021_Rate_Cell_Recommendation_Updated.pdf | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 203 | NH_Title_IV-E_Prevention_Plan_-_Binder_for_Governor_Review.pdf | Executive DPP | Evelyn Allen, Policy Administrator, DCYF | Whether to provide feedback after review | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; advising/briefing document; discussion draft--Pre-print provided by Commissioner Shibinette for review and feedback |
| 204 | Cover_Letter_Re_Family_First_Prevention_Plan.pdf | Executive DPP | Lori Shibinette, Commissioner, DHHS | Whether to provide feedback after review | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; Letter from Commissioner Shibinette enclosing Doc 203 for review and feedback |