# EXHIBIT A

Defendant's Amended Privilege Log

Consolidated Privilege Log Entries for 57 Remaining Withheld and Redacted Documents

| Doc # | File Name | Categories of privilege asserted | Author(s) of document | Decision | Purpose | Reflects personal opinions of author | Would inaccurately reflect or prematurely disclose views | Actually viewed/solicited/received by Governor | Prepared in connection with then-proposed legislation | Details |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Draft Budget Floor Amendment - Forensic Hospital.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto Budget Bill(s) | Discussion with Gov and Immeidate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft |
| 4 | Soucy Budget Memo_MRZ Edits_JMF Edits.docx | Executive Legislative & DPP | D.J. Bettencourt, Policy Director; Mac Zellem, Budget Director; John Formella, General Counsel | Whether to sign or veto Budget Bill(s) | Discussion with Gov and Immeidate Advisors in Prep for Meeting with Sen. Soucy | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft |
| 11 | Summary - Targeted Workforce Development and Student Debt Relief Programs.docx | Executive Legislative & DPP | Mac Zellem, Budget Director | Whether and in what form to issue briefing doc; whether to sign or veto budget bills | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; briefing document prepared for governor by budget director; next iteration of Document 32; draft of "explainer" brief pertaining to this budget item |
| 14 | DHHS Back of the Budget Cut Plan DJ + JMF Edits.docx | Executive Legislative & DPP | Mac Zellem, Budget Director; further edits/comments: DJ Bettencourt, Policy Director; John Formella, General Counsel | Whether and in what form to publish budget cut plan | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft; provides information related to 2020-2021 biennium budget |
| 20 | 12-9-19 HHS Agenda.docx | Executive DPP | John Formella, General Counsel | Many, varied | Discussion with Gov and Immediate Advisors | Yes | No, document discloses subject of communications between gov and advisors | Yes | No | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief ofStaff; agenda for briefing meeting between DHHS and governor/staff; list of ten items with comments |
| 24 | 2019 HB 1 and 2 Veto Message_MRZ + BRV + CJE Edits.docx | Executive Legislative & DPP | Jayne Millerick; Chief of Staff; comments/edits by Mac Zellem, Budget Director; Ben Vihstadt, Communications Director | Form of veto message | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft of veto message |
| 28 | OCA Suggestions for Stat Changes 12-6-18 (002).docx | Executive Legislative & DPP | Moira O'Neill, Child Advocate | Whether and in what form to support statutory changes related to the Office of the Child Advocate | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; child advocate's recommendations to governor for statutory changes; briefing/advising document |
| 32 | Targeted Workforce Development and Student Debt Relief Program.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether and in what form to issue briefing doc; whether to sign or veto budget bills | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; briefing document prepared for governor by budget director; draft of "explainer" brief pertaining to this budget item |
| 36 | NH DHHS Operations Assessment Interim Report - AM.pdf | Executive DPP | Alvarez and Marsal Public Sector Services, LLC | What, if any, changes should be made to this interal discussion draft | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft, marked "DRAFT- For Internal Discussion Purposes Only" |
| 42 | HB 2 2.docx | Executive Legislative & DPP | John Formella, General Counsel; Comments by Christopher Ellms, Legislative Director | Whether to sign or veto Budget Bill(s) | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft |
| 48 | 2-20-20 Draft Amendment to Senate Bill 529.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto SB 529 | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft |
| 49 | Governor's Budget Proposal.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto Budget Bill(s) | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; negotiations; draft; discussion draft of proposal to be made by Governor to |
| 50 | Student Debt Assistance Program.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to utilize description in discussions; whether to sign or veto budget bill(s) | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft; explains provisions of proposed budget item |
| 60 | Governor's Office Priority Bills.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto each referenced bill | Discussion with Gov and Immediate Advisors | Yes | No, document discloses subject of communications between gov and advisors | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; tracking document prepared for briefing/advising; lists subject area, bill #, description, status, and "next"; references thirteen pieces of pending legislation |
| 65 | Copy of HB 2 Topics.xlsx | Executive Legislative & DPP | Mac Zellem, Budget Director | Whether to sign or veto Budget Bill(s) | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; briefing document; contains list of HB2 topics, whether a "governor request", agencies effected, RSA, Cost, and whether and where "Stated Publicly"[1] |

[1] And further: An incomplete draft created by Defendant's budget director to document 26 legislative items for tracking by Defendant's office and listing considerations related to those items that the budget director deemed materialto Defendant's decision making with respect to whether to sign or veto the budget bill.

| Doc # | File Name | Categories of privilege asserted | Author(s) of document | Decision | Purpose | Reflects personal opinions of author | Would inaccurately reflect or prematurely disclose views | Actually viewed/solicited/received by Governor | Prepared in connection with then-proposed legislation | Details |
|---|---|---|---|---|---|---|---|---|---|---|
| 79 | Items for Removal from House Budget.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto Budget Bill(s) | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; advising/briefing document |
| 80 | Budget Proposals.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto Budget Bill(s) | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft of proposal to be made by Governor to legislative leadership |
| 82 | DRAFT CMHA Expert Reviewer Report - January 2019.pdf | Executive DPP | Stephen Day, Expert Reviewer | Whether to request revisions to report | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Blank | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft |
| 89 | HB 2 1.docx | Executive Legislative & DPP | John Formella, General Counsel; Comments by Christopher Ellms, Legislative Director | Whether to sign or veto Budget Bill(s) | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft |
| 91 | talking points legislative leaders 101519.docx | Executive DPP | Christopher Ellms, Legislative Director | Whether to suggest, introduce or support proposed leg in next session | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; advising/briefing document |
| 92 | Memo from Lori Shibinette re 119 Unfunded Positions.pdf | Executive Legislative & DPP | Lori Shibinette, Deputy Commissioner, HHS; cc: Commissioner Meyers | How to implement budget cuts required by budget bills | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; briefing/advising document |
| 96 | DRAFT - Targeted Workforce Development Program Bill.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to suggest, introduce or support proposed leg | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft |
| 97 | 2-24-20 Draft Amendment to Senate Bill 529.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto SB 529 | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft |
| 100 | Governor's Office Priority Bills - JMF tracking.docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto each referenced bill | Discussion with Gov and Immediate Advisors | Yes | No, document discloses subject of communications between gov and advisors | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; tracking document prepared for briefing/advising; lists subject area, bill #, description, status, and "next"; references thirteen pieces of pending legislation |
| 102 | NH Medicaid Reforms.docx | Executive DPP | Jayne Millerick, Chief of Staff | Whether to support proposed leg consistent with proposal | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; advising/briefing document; refinement and expansion of document 112 |
| 103 | Baseline For Disscussion.docx | Executive Legislative & DPP | Mac Zellem, Budget Director | Whether to sign or veto Budget Bill(s) | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft; briefing document[1] |
| 113 | Hospital 1332 Info.pdf | Executive DPP | Dept. of Insurance/indivudal unknown | Whether to support request for Section 1332 Waiver | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft; discusses possibility of seeking Section 1332 Waiver |
| 119 | HHS Childcare Regulation Summary.pdf | Executive DPP | Melissa Clement, Chief, Child Care Licensing Unit, DHHS; comments: John Formella, General Counsel | Whether to support proposed rulemaking | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; briefing document; proposed rule summary, contains John Formella hand-written |
| 120 | HB 2 Excerpt - Establishment of New Mental Health Facilities (002).docx | Executive Legislative & DPP | John Formella, General Counsel | Whether to sign or veto Budget Bill(s) | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft of proposed floor amendment |
| 125 | HHS Realignment.pdf | Executive Legislative & DPP | DHHS/individual unknown | Whether to support proposed leg consistent with proposal | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft; briefing document describing potential phase II of DHHS reallignment of operational areas |
| 127 | CMS Letter Response 6.11.18 (2) (3) (Gov office and AG comments).docx | Executive Legislative & DPP | Jeff Meyers, DHHS Commissioner; edits by Gordon MacDonald, Attorney General; John Formella, General Counsel | Whether to sign or veto SB 313; Whether and in what form to respond to letter from CMS | Discussion with Gov, Commissioner and Immediate Advisers; Receipt of Legal Advice | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft |
| 129 | NH DHHS Operations Assessment Presentation - AM.pdf | Executive DPP | Alvarez and Marsal Public Sector Services, LLC | What, if any, changes should be made to this interal discussion draft | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft, marked "DRAFT- For Internal Discussion Purposes Only" |

[1] And further: The document sets forth a draft description of "[t]he Governor's current proposal for a budget compromise" and the drafted description was subject to rewriting and rethinking based on the internal discussion it was intended to facilitate.

Consolidated Privilege Log Entries for 57 Remaining Withheld and Redacted Documents

| Doc # | File Name | Categories of privilege asserted | Author(s) of document | Decision | Purpose | Reflects personal opinions of author | Would inaccurately reflect or prematurely disclose views | Actually viewed/solicited/received by Governor | Prepared in connection with then-proposed legislation | Details |
|---|---|---|---|---|---|---|---|---|---|---|
| 132 | RSA 171-A DD Services Changes.pdf | Executive Legislative & DPP | E-mail: John Formella, General Counsel; E-mail: Christine Santaniello, DHHS; Discussing enclosed Proposal: Best Buddies, individual unknown; All with notes from Jayne Millerick and Governor Sununu | Whether and how to suggest, introduce and/or support future legislation | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; briefing/advising document; collection of e mails, proposal and notes |
| 138 | Ten Year Mental Health Plan Executive Orders.docx | Executive DPP | John Formella, General Counsel | Whether to issue EO | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; advising/briefing document; recommendations for three proposed executive orders |
| 142 | DRAFT Executive Order - HHS Review.docx | Executive Legislative & DPP | Meredith Telus, DHHS Office of the Commissioner, Director of Program Planning and Integrity | Whether and in what form to issue EO | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft of proposed order |
| 151 | Student Debt Assistance Program DRAFT.docx | Executive Legislative & DPP | Mac Zellem, Budget Director | Whether to utilize description in discussions; whether to sign or veto budget bill(s) | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | Yes | Maintained by John Formella during his tenure as General Counsel; left in the care of Jayne Millerick, Chief of Staff; discussion draft of budget proposal description |
| 159 | RE_ MCO Amendment #7 Summary--Updated Draft reflecting HCBS Spending Plan Directed Payment at $28 million.msg | Executive DPP | Henry Lipman, Medicaid Director, DHHS | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; discussion draft, information and recommendations regarding contract negotiations |
| 161 | FW_ NH OCA Press Statement and 2021 Annual Report.msg | Executive | Jayne Millerick; Chief of Staff | Communication Primarily for Information | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; advising/briefing document; e mail request for update for Governor |
| 170 | FW_ Action Item - Approval Requested_ NH DCYF Family First Preventative Services Act Prevention Plan.msg | Executive DPP | Lisa English, Special Advisor, e-mail discussion with Jayne Millerick, Chief of Staff re: recommendation requested in E-mail from Kelly Cote, Admin, Joe Ribsam cc'd | Whether to Approve NH DCYF Family First Preventative Services Act - Prevention Plan | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; E-mail from advisor with recommendation for action |
| 177 | Lipman40_-_SFY_2022_MCM_Rates_-_Draft_Amendment__7.pdf | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 183 | Lipman13_-_SFY_2022_MCM_Rates_Draft.pdf | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 185 | Lipman13_-_SFY_2022_MCM_Rates_Draft.pdf | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 186 | Lipman14_-_SFY_2022_MCM_Rates_Draft.pdf | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 187 | Lipman14_-_Exhibit_E_-_NDC_Carve_Out_List_Draft.xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 188 | Lipman14_-_Appendices_-_SFY_2022_MCM_Rates_-_DRAFT_(04-27-21).xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |

Consolidated Privilege Log Entries for 57 Remaining Withheld and Redacted Documents

| Doc # | File Name | Categories of privilege asserted | Author(s) of document | Decision | Purpose | Reflects personal opinions of author | Would inaccurately reflect or prematurely disclose views | Actually viewed/solicited/received by Governor | Prepared in connection with then-proposed legislation | Details |
|---|---|---|---|---|---|---|---|---|---|---|
| 189 | Lipman13_-_SFY_2022_MCM_Rates_Draft.pdf | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipma |
| 191 | Child_Advocate_Memo_3-31-2021.pdf | Executive | Moira O'Neill, Child Advocate | Communication Primarily for Information[1] | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; briefing document |
| 192 | Lipman13_-_Exhibit_C_-_Boston_Children_Hospital_Draft.xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 193 | Lipman14_-_Exhibit_A_-_Rate_Comparison_Draft.xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 194 | Lipman13_-_Exhibit_D_-_Enrollment_Projections_Draft.xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 195 | Lipman14_-_Exhibit_B_-_Acuity_Adjustment_Draft.xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 196 | Lipman14_-_Exhibit_C_-_Boston_Children_Hospital_Draft.xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 197 | Lipman13_-_Exhibit_E_-_NDC_Carve_Out_List_Draft.xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 198 | Lipman13_-_Appendices_-_SFY_2022_MCM_Rates_–_DRAFT_(04-15-21).xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor;draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 200 | Lipman13_-_Exhibit_A_-_Rate_Comparison_Draft.xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 201 | Lipman14_-_Exhibit_D_-_Enrollment_Projections_Draft.xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |
| 202 | Lipman13_-_Exhibit_B_-_Acuity_Adjustment_Draft.xlsx | Executive DPP | Mathieu Doucet, Senior Consulting Actuary, Milliman | Whether to enter in contract; terms | Discussion with Gov and Immediate Advisors | Yes | Yes | Yes | No | Maintained by James Scully, General Counsel; Lisa English, Special Advisor; and/or Jonathan Melanson, Legislative Advisor; draft actuarial information for consideration in connection with contract amendment provided by Henry Lipman |

[1] And further: What action to take based on the circumstances described in the advisory memorandum of the Office of the Child Advocate rendered to Defendant pusuant to RSA 21-V:2, II(e).