IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| G.K., et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CHRISTOPHER SUNUNU, et al.,<br><br>   Defendants. | Case No. 21-CV-4-PB |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney Nicole Taykhman, of Children's Rights, Inc., hereby withdraws her appearance as counsel for Plaintiffs. All other attorneys representing Plaintiffs from Children's Rights, Inc., New Hampshire Legal Assistance, American Civil Liberties Union of New Hampshire, Disability Rights Center—NH, Inc., and Weil, Gotshal & Manges LLP will continue to represent Plaintiffs.

Dated: September 15, 2023

Respectfully submitted,

PLAINTIFFS, G.K., et al.,

By their attorneys,

/s/ *Nicole Taykhman*
**CHILDREN'S RIGHTS, INC.**
Ira Lustbader
NY Bar No. 2516946
Nicole Taykhman
NY Bar No. 5522776
Kathleen Simon
NY Bar No. 5682810
Carolyn Hite
NY Bar No. 5677422
Aarti Iyer
NY Bar No. 5367578

1

88 Pine Street, 8th Floor
New York, NY 10005
P: (212) 683-2210
F: (212) 683-4015
ilustbader@childrensrights.org
ntaykhman@childrensrights.org
ksimon@childrensrights.org
chite@childrenrights.org
aiyer@childrensrights.org

**NEW HAMPSHIRE LEGAL ASSISTANCE**
Michelle Wangerin
N.H. Bar No. 17769
Kay E. Drought
N.H. Bar No. 12851
154 High Street
Portsmouth, NH 03801
P: (603) 431-7411
F: (603) 431-8025
mwangerin@nhla.org
kdrought@nhla.org

**AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE**
Gilles R. Bissonnette
N.H. Bar No. 265393
Henry R. Klementowicz
N.H. Bar No. 21177
18 Low Avenue
Concord, NH 03301
T: (603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org

**DISABILITY RIGHTS CENTER-NH, INC.**
Jennifer A. Eber
N.H. Bar No. 8775
Mia A. Fry
N.H. Bar No. 276293
Kayla J. Turner
N.H. Bar No. 270167
64 North Main Street, Suite 2
Concord, NH 03301-4913
P: (603) 228-0432
F: (603) 225-2077
jennifere@drcnh.org

miaf@drcnh.org
kaylat@drcnh.org

**WEIL, GOTSHAL & MANGES LLP**
Konrad L. Cailteux
NY Bar No. 2056505
Katheryn Maldonado
NY Bar No. 5926027
Kathleen Stanaro
NY Bar No. 5900410
Sarah Ryu
NY Bar No. 5405642
767 Fifth Avenue
New York, NY 10153
P: (212) 310-8000
F: (212) 310-8007
Konrad.Cailteux@weil.com
Katheryn.Maldonado@weil.com
Kathleen.Stanaro@weil.com
Sarah.Ryu@weil.com