IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| G.K., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CHRISTOPHER SUNUNU, et al.,<br><br>        Defendants. | Case No. 21-CV-4-PB |

## JOINT MOTION TO STAY LITIGATION, DISCOVERY, AND DEADLINES TO ENGAGE IN MEDIATION

The parties jointly ask the Court for a limited stay of litigation, discovery, and deadlines *nunc pro tunc* as of November 17, 2023 to allow the parties to focus on mediation. In support of this motion, the parties state:

1. Plaintiffs' putative class action complaint was filed on January 5, 2021.

2. On November 14, 2023, the parties appeared before the Court on Plaintiffs' Motion for Class Certification (*see* ECF No. 152).

3. There are various ongoing, labor-intensive discovery and deadline disputes between the parties.

4. On November 17, 2023, the parties agreed to seek the assistance of a mediator to attempt to resolve this matter. The parties further agreed to stay all deadlines, discovery, and litigation, as of November 17, 2023, and through at least January 1, 2024, to allow them to fully engage in the mediation process.

5. The relief requested in this Motion would extend by a minimum of 45 days deadlines set forth in the Court's May 3, 2023 scheduling order (ECF No. 161-1), and thus would ordinarily require accompanying proposed extended deadlines.  *See* L.R. 7.2(a).  However, various matters may otherwise impact deadlines or extend the stay, including the possibility that mediation efforts will not yet be resolved, and a contemplated status conference before the Court in early January to discuss issues which may include Plaintiffs' Motion to Extend Deadlines (ECF No 255) and Defendants' Opposition thereto, Plaintiffs' anticipated motion for leave to supplement certain expert declarations in support of class certification (to which Defendants anticipate responding), and a possible evidentiary hearing regarding Plaintiffs' expert declarations.  The parties therefore request, in lieu of submitting proposed dates with this joint motion, that the Court schedule a status conference in early January to discuss the status of mediation and case deadlines.  The parties anticipate filing proposed dates after the status conference.

6. No memorandum of law is attached, as the relief requested lies within the Court's discretion.  *See* L.R. 7.1(a)(2).

WHEREFORE, the parties ask that this Court:

A. Stay all litigation, discovery, and deadlines *nunc pro tunc* as of November 17, 2023, so the parties may focus on mediation; and

B. As contemplated by the Court on November 14, 2023, schedule a status conference for early January to discuss the status of mediation and (if mediation is no longer productive), to discuss case deadlines and other pending matters.

Dated: December 1, 2023  Respectfully submitted,

PLAINTIFFS, G.K., et al.,

By their attorneys,

/s/ Michelle Wangerin, Esq.
**NEW HAMPSHIRE LEGAL ASSISTANCE**
Michelle Wangerin
N.H. Bar No. 17769
Kay E. Drought
N.H. Bar No. 12851
154 High Street
Portsmouth, NH 03801
P: (603) 431-7411
F: (603) 431-8025
mwangerin@nhla.org
kdrought@nhla.org

**AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE**
Gilles R. Bissonnette
N.H. Bar No. 265393
Henry R. Klementowicz
N.H. Bar No. 21177
18 Low Avenue
Concord, NH 03301
T: (603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org

**DISABILITY RIGHTS CENTER-NH, INC.**
Jennifer A. Eber
N.H. Bar No. 8775
Mia A. Fry
N.H. Bar No. 276293
Kayla J. Turner
N.H. Bar No. 270167
64 North Main Street, Suite 2

Concord, NH 03301-4913
P: (603) 228-0432
F: (603) 225-2077
jennifere@drcnh.org
miaf@drcnh.org
kaylat@drcnh.org

**CHILDREN'S RIGHTS, INC.**
Ira Lustbader
NY Bar No. 2516946
Kathleen Simon
NY Bar No. 5682810
Carolyn Hite
NY Bar No. 5677422
Aarti Iyer
NY Bar No. 5367578
Rebecca Ritchin
NY Bar No. 6015069
88 Pine Street, 8th Floor
New York, NY 10005
P: (212) 683-2210
F: (212) 683-4015
ilustbader@childrensrights.org
ksimon@childrensrights.org
chite@childrensrights.org
aiyer@childrensrights.org

**WEIL, GOTSHAL & MANGES LLP**
Konrad L. Cailteux
NY Bar No. 2056505
Katheryn Maldonado
NY Bar No. 5926027
Kathleen Stanaro
NY Bar No. 5900410
767 Fifth Avenue
Sarah Ryu
NY Bar No. 5405642
New York, NY 10153
P: (212) 310-8000
F: (212) 310-8007
Konrad.Cailteux@weil.com
Katheryn.Maldonado@weil.com
Kathleen.Stanaro@weil.com
Sarah.Ryu@weil.com

ATTORNEYS FOR PLAINTIFFS

*and*

DEFENDANTS, Christopher Sununu, et al.,

By their attorneys,

JOHN M. FORMELLA
NEW HAMPSHIRE ATTORNEY GENERAL

/s/ Nathan W. Kenison-Marvin
**OFFICE OF THE ATTORNEY GENERAL**
Nathan W. Kenison-Marvin, Bar No. 270162
Assistant Attorney General
Jennifer S. Ramsey, Bar No. 268964
Senior Assistant Attorney General
Michael P. DeGrandis, Bar No. 277332
Attorney
Office of the Attorney General (Civil Bureau)
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301-6397
(603) 271-3650
nathan.w.kenison-marvin@doj.nh.gov
jennifer.s.ramsey@doj.nh.gov
Michael.p.degrandis@doj.nh.gov

/s/ Paige M. Jennings
**BROWN & PEISCH PLLC**
Paige M. Jennings
Philip J. Peisch
Julia M. Siegenberg
Lara Rosenberg
1225 19th St NW, Suite 700
Washington, DC 20036
ppeisch@brownandpeisch.com

ATTORNEYS FOR DEFENDANTS