IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| G.K., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CHRISTOPHER SUNUNU, et al.,<br><br>        Defendants. | Case No. 21-CV-4-PB |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney Mia A. Fry, of Disability Rights Center-NH, Inc., hereby withdraws her appearance as counsel for Plaintiffs. All other attorneys representing Plaintiffs from Disability Rights Center-NH, Inc., Children's Rights, Inc., New Hampshire Legal Assistance, American Civil Liberties Union of New Hampshire, and Weil, Gotshal & Manges LLP will continue to represent Plaintiffs.

Dated: February 28, 2024

Respectfully submitted,

PLAINTIFFS, G.K., et al.,

By their attorneys,

/s/ Mia A. Fry, Esq.
**DISABILITY RIGHTS CENTER-NH, INC.**
Jennifer A. Eber
N.H. Bar No. 8775
Mia A. Fry
N.H. Bar No. 276293
Kayla J. Turner
N.H. Bar No. 270167
64 North Main Street, Suite 2
Concord, NH 03301-4913

1

P: (603) 228-0432
F: (603) 225-2077
jennifere@drcnh.org
miaf@drcnh.org
kaylat@drcnh.org

**NEW HAMPSHIRE LEGAL ASSISTANCE**
Michelle Wangerin
N.H. Bar No. 17769
Kay E. Drought
N.H. Bar No. 12851
154 High Street
Portsmouth, NH 03801
P: (603) 431-7411
F: (603) 431-8025
mwangerin@nhla.org
kdrought@nhla.org

**AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE**
Gilles R. Bissonnette
N.H. Bar No. 265393
Henry R. Klementowicz
N.H. Bar No. 21177
18 Low Avenue
Concord, NH 03301
T: (603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org

**DISABILITY RIGHTS CENTER-NH, INC.**
Jennifer A. Eber
N.H. Bar No. 8775
Mia A. Fry
N.H. Bar No. 276293
Kayla J. Turner
N.H. Bar No. 270167
64 North Main Street, Suite 2
Concord, NH 03301-4913
P: (603) 228-0432
F: (603) 225-2077
jennifere@drcnh.org
miaf@drcnh.org
kaylat@drcnh.org

**CHILDREN'S RIGHTS, INC.**

Ira Lustbader
NY Bar No. 2516946
Kathleen Simon
NY Bar No. 5682810
Carolyn Hite
NY Bar No. 5677422
Aarti Iyer
NY Bar No. 5367578
Rebecca Ritchin
NY Bar No. 6015069
Madeleine MacNeil Kinney
NY Bar No. 5312426, MA Bar No. 690939
88 Pine Street, 8th Floor
New York, NY 10005
P: (212) 683-2210
F: (212) 683-4015
ilustbader@childrensrights.org
ksimon@childrensrights.org
chite@childrensrights.org
aiyer@childrensrights.org
rritchin@childrensrights.org
mkinney@childrensrights.org

**WEIL, GOTSHAL & MANGES LLP**
Konrad L. Cailteux
NY Bar No. 2056505
Sarah Ryu
NY Bar No. 5405642
Kathleen Stanaro
NY Bar No. 5900410
Katheryn Maldonado
NY Bar No. 5926027
767 Fifth Avenue
New York, NY 10153
P: (212) 310-8000
F: (212) 310-8007
Konrad.Cailteux@weil.com
Sarah.Ryu@weil.com
Kathleen.Stanaro@weil.com
Katheryn.Maldonado@weil.com

## **CERTIFICATE OF SERVICE**

I, Mia Fry, hereby certify that this Notice of Withdrawal was filed through the ECF system and served electronically on the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 28, 2024            /s/ Mia A. Fry
                                    Mia A. Fry