IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| G.K., et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>CHRISTOPHER SUNUNU, et al.,<br><br>     Defendants. | Case No. 21-CV-4-PB |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION FOR LEAVE TO SUPPLEMENT THEIR EXPERT DECLARATIONS**

Under Local Rule 7.1(e)(2), Plaintiffs move the Court for permission to submit a reply memorandum in further support of their Motion for Leave to Supplement the Declarations of Tracey Feild, Daryl Chansuthus, Dr. Theodore Cross, and Dr. Bryan Victor (Doc. No. 277). In support of their Motion, Plaintiffs state:

1. On May 1, 2024, Plaintiffs moved to supplement the expert reports accompanying their Motion for Class Certification (*Id.*).

2. Defendants filed an objection, arguing that the proposed declarations are untimely and that they expand the scope of the issues previously before the Court (Doc. No. 286 at 1).

3. Plaintiffs seek leave to file a short brief to:

    a. Explain that the issues raised in the supplemental declarations are related to Plaintiffs' proposed drivers and Defendants' class certification defenses, and are all currently before the Court;

1

    b. Respond to Defendants' claim that Plaintiffs waived their ability to supplement the class certification record with Defendants' late-produced evidence on the drivers and defenses currently before the Court;

    c. Respond to Defendants' claim of untimeliness;

    d. Explain how the proposed declarations include the very information the Court itself observed would be helpful to reaching its decisions on Class Certification, if only that information had been timely produced to Plaintiffs;

    e. Respond to Defendants' incorrect allegation that the proposed declarations principally rely on information previously available to Plaintiffs; and

    f. Respond to Defendants' proposed schedule for taking further class certification related discovery.

4. Plaintiffs' reply is attached hereto as Exhibit A.

5. Under Local Rule 7.1(a)(2) no separate memorandum of law is necessary as the points and authorities are contained within this motion.

6. Plaintiffs' counsel certifies that they have sought concurrence from Defendants, who assent to the relief requested in this Motion.

WHEREFORE, Plaintiffs request that the Court grant leave to file the Reply Memorandum, attached as Exhibit A, and for such further relief as justice requires.

Dated: May 20, 2024

Respectfully submitted,

PLAINTIFFS, G.K., et al.,

By their attorneys,

/s/Michelle Wangerin

NEW HAMPSHIRE LEGAL ASSISTANCE
Michelle Wangerin
N.H. Bar No. 17769
Kay E. Drought
N.H. Bar No. 12851
154 High Street
Portsmouth, NH 03801
P: (603) 431-7411
F: (603) 431-8025
mwangerin@nhla.org
kdrought@nhla.org

DISABILITY RIGHTS CENTER-NH, INC.
Jennifer A. Eber
N.H. Bar No. 8775
Kayla J. Turner
N.H. Bar No. 270167
64 North Main Street, Suite 2
Concord, NH 03301-4913
P: (603) 228-0432
F: (603) 225-2077
jennifere@drcnh.org
kaylat@drcnh.org

AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
Gilles R. Bissonnette
N.H. Bar No. 265393
Henry R. Klementowicz
N.H. Bar No. 21177
18 Low Avenue
Concord, NH 03301
T: (603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org

CHILDREN'S RIGHTS, INC.

Ira Lustbader
NY Bar No. 2516946
Madeleine MacNeil Kinney
NY Bar No. 5312426, MA Bar No. 690939Kathleen Simon
NY Bar No. 5682810
Carolyn Hite
NY Bar No. 5677422
Aarti Iyer
NY Bar No. 5367578
Rebecca Ritchin
NY Bar No. 6015069
88 Pine Street, 8th Floor
New York, NY 10005
P: (212) 683-2210
F: (212) 683-4015
ilustbader@childrensrights.org
mkinney@childrensrights.org
ksimon@childrensrights.org
chite@childrensrights.org
aiyer@childrensrights.org
rritchin@childrensrights.org


WEIL, GOTSHAL & MANGES LLP
Konrad L. Cailteux
NY Bar No. 2056505
Katheryn Maldonado
NY Bar No. 5926027
Kathleen Stanaro
NY Bar No. 5900410
767 Fifth Avenue
Sarah Ryu
NY Bar No. 5405642
New York, NY 10153
P: (212) 310-8000
F: (212) 310-8007
Konrad.Cailteux@weil.com
Katheryn.Maldonado@weil.com
Kathleen.Stanaro@weil.com
Sarah.Ryu@weil.com

## **CERTIFICATE OF SERVICE**

      I, Michelle Wangerin, hereby certify that a copy of the foregoing pleading was served this 20th day of May, 2024, on all counsel of record, via the ECF System.

                                                  /s/ Michelle Wangerin
                                                  Michelle Wangerin