# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

B.D., et al.,

    Plaintiffs,

v.

    Case No. 21-CV-4-PB

AYOTTE, et al.,

    Defendants.

## JOINT NOTICE REGARDING DEFENDANTS' EXPERT UMA AHLUWALIA

The Plaintiffs and Defendants ("the Parties") jointly submit this notice to the Court regarding Defendants' expert Uma Ahluwalia. The Parties state:

1. Due to the time, resources and schedules of the Parties, the Parties have agreed that Plaintiffs will depose Ms. Ahluwalia on August 14, 2025, with a backup date of August 22, 2025. Plaintiffs are filing their pleadings requesting summary judgment on July 9, 2025.

2. The Parties agree that absent any objection from the Court, Plaintiffs can introduce any deposition testimony from Ms. Ahluwalia that is pertinent to summary judgment in their Reply and/or Objection to Defendants' Cross Motion for Summary Judgment and it shall not be deemed untimely for purposes of Plaintiffs' motion for summary judgment pleadings.

3. These changes would not result in the continuance of any hearing, conference, or trial. *see* L.R. 7.2(a).

Dated: July 9, 2025

                Respectfully submitted,

                PLAINTIFFS, B.D., et al.

                By their attorneys,

/s/ Michelle Wangerin, Esq.
**NEW HAMPSHIRE LEGAL ASSISTANCE**
Michelle Wangerin
N.H. Bar No. 17769
Kay E. Drought
N.H. Bar No. 12851
154 High Street
Portsmouth, NH 03801
P: (603) 431-7411
F: (603) 431-8025
mwangerin@nhla.org
kdrought@nhla.org

**AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE**
Gilles R. Bissonnette
N.H. Bar No. 265393
Henry R. Klementowicz
N.H. Bar No. 21177
18 Low Avenue
Concord, NH 03301
T: (603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org

**DISABILITY RIGHTS CENTER-NH, INC.**
Jennifer A. Eber
N.H. Bar No. 8775
Kayla J. Turner
N.H. Bar No. 270167
Justin Littlefield
N.H. Bar No. 21182
64 North Main Street, Suite 2

Concord, NH 03301-4913
P: (603) 228-0432
F: (603) 225-2077
jennifere@drcnh.org
kaylat@drcnh.org
justinl@drcnh.org


**CHILDREN'S RIGHTS, INC.**
Ira Lustbader
NY Bar No. 2516946
Madeleine MacNeil Kinney
NY Bar No. 5312426, MA Bar No. 690939
Kathleen Simon
NY Bar No. 5682810
Carolyn Hite
NY Bar No. 5677422
Aarti Iyer
NY Bar No. 5367578
Rebecca Ritchin
NY Bar No. 6015069
88 Pine Street, 8th Floor
New York, NY 10005
P: (212) 683-2210
F: (212) 683-4015
ilustbader@childrensrights.org
mkinney@childrensrights.org
ksimon@childrensrights.org
chite@childrensrights.org
aiyer@childrensrights.org
rritchin@childrensrights.org


**WEIL, GOTSHAL & MANGES LLP**
Konrad L. Cailteux
NY Bar No. 2056505
Katheryn Maldonado
NY Bar No. 5926027
Kathleen Stanaro
NY Bar No. 5900410
767 Fifth Avenue
Sarah Ryu
NY Bar No. 5405642
New York, NY 10153
P: (212) 310-8000
F: (212) 310-8007

                                                                    Konrad.Cailteux@weil.com
                                                                     Katheryn.Maldonado@weil.com
                                                                     Kathleen.Stanaro@weil.com
                                                                          Sarah.Ryu@weil.com

Dated: July 9, 2025

                                                    Respectfully submitted,

                                                    KELLY AYOTTE, et al.

                                                   By their attorneys,

                                                   /s/ Rory Miller, Esq.

                                                   JOHN M. FORMELLA
                                                 **New Hampshire Attorney General**
                                                 Nathan W. Kenison-Marvin
                                                 N.H. Bar No. 270162
                                                 Michael P. DeGrandis
                                                 N.H. Bar No. 277332
                                                 Rory Miller
                                                 N.H. Bar No. 278226
                                                 Office of the Attorney General (Civil Bureau)
                                                 New Hampshire Department of Justice
                                                 33 Capitol Street
                                                 Concord, NH 03301-6397
                                                 (603) 271-3650
                                                 Michael.p.degrandis@doj.nh.gov
                                                 nathan.w.kenison-marvin@doj.nh.gov
                                                 rory.s.miller@doj.nh.gov