## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

B.D.,

      Plaintiff,

v.

KELLY AYOTTE *et al.*,

      Defendants.

Case No. 21-cv-4-PB

CLASS ACTION

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

As supplemental authority in support of Plaintiff's Motion for Summary Judgment (ECF

No. 362) and Plaintiff's Objection to Defendants' Cross-Motion for Summary Judgment (ECF

No. 390), Plaintiff submits the attached opinion issued on June 4, 2026, in *Jonathan R. v.*

*Morrisey*, No. 25-1232, _____ F.4th _____, 2025 WL 4762732 (4th Cir. June 4, 2026[1]). In that

decision, the U.S. Court of Appeals for the Fourth Circuit reversed the dismissal of an

institutional reform class action challenging West Virginia's administration of its foster care

system. Rejecting the district court's conclusion that it was "powerless under the limitations

inherent to Article III of the Constitution to provide the injunctive remedies Plaintiffs sought,"

the Fourth Circuit held that, under binding Supreme Court precedent, "[t]he federal judiciary not

---

[1] Although the slip opinion mistakenly lists the decision date as June 4, 2025, the case was argued on September 10, 2025, and the Fourth Circuit issued its opinion on June 4, 2026.

only holds the power, but a duty, to implement, oversee, and administer reform of state institutions that violate the federal rights of citizens." *Jonathan R.*, 2025 WL 4762732, at *3, *6.

Dated: June 9, 2026

Respectfully submitted,

PLAINTIFF, B.D., *et al.*

By their attorneys,

/s/ Michelle Wangerin, Esq.
**NEW HAMPSHIRE LEGAL ASSISTANCE**
Michelle Wangerin
N.H. Bar No. 17769
Kay E. Drought
N.H. Bar No. 12851
154 High Street
Portsmouth, NH 03801
P: (603) 431-7411
F: (603) 431-8025
mwangerin@nhla.org
kdrought@nhla.org


**DISABILITY RIGHTS CENTER-NH, INC.**
Jennifer A. Eber
N.H. Bar No. 8775
Kayla J. Turner
N.H. Bar No. 270167
Justin Littlefield
N.H. Bar No. 21182
64 North Main Street, Suite 2
Concord, NH 03301-4913
P: (603) 228-0432
F: (603) 225-2077
jennifere@drcnh.org
kaylat@drcnh.org


**AMERICAN CIVIL LIBERTIES UNION OF
NEW HAMPSHIRE**
Gilles R. Bissonnette
N.H. Bar No. 265393
Henry R. Klementowicz

2

N.H. Bar No. 21177
18 Low Avenue
Concord, NH 03301
T: (603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org


**CHILDREN'S RIGHTS, INC.**
Ira Lustbader
NY Bar No. 2516946
Kathleen Simon
NY Bar No. 5682810
Carolyn Hite
NY Bar No. 5677422
Rebecca Ritchin
NY Bar No. 6015069
Madeleine Kinney
NY Bar No. 5312426, MA Bar No. 690939
88 Pine Street, 8th Floor
New York, NY 10005
P: (212) 683-2210
F: (212) 683-4015
ilustbader@childrensrights.org
ksimon@childrensrights.org
chite@childrensrights.org
ritchin@childrensrights.org
mkinney@childrensrights.org


**WEIL, GOTSHAL & MANGES LLP**
Konrad L. Cailteux
NY Bar No. 2056505
Katheryn Maldonado
NY Bar No. 5926027
Sarah Ryu
NY Bar No. 5405642
767 Fifth Avenue
New York, NY 10153
P: (212) 310-8000
F: (212) 310-8007
Konrad.Cailteux@weil.com
Katheryn.Maldonado@weil.com
Sarah.Ryu@weil.com

3