**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| B.D.,<br><br>       Plaintiff,<br><br>v.<br><br>KELLY AYOTTE, *et al.*,<br><br>       Defendants. | Case No. 21-CV-4-PB |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Weil, Gotshal & Manges LLP, hereby withdraws the appearance of Kathleen Stanaro as counsel for Plaintiffs. All other attorneys representing Plaintiffs from Children's Rights, Inc., New Hampshire Legal Assistance, American Civil Liberties Union of New Hampshire, Disability Rights Center-NH, Inc., and Weil, Gotshal & Manges LLP will continue to represent Plaintiffs.

Dated: June 26, 2026

Respectfully submitted,

PLAINTIFF, B.D.

By their attorneys,

/s/ Katheryn Maldonado
**WEIL, GOTSHAL & MANGES LLP**
Konrad L. Cailteux
NY Bar No. 2056505
Katheryn Maldonado
NY Bar No. 5926027
Kathleen Stanaro
NY Bar No. 5900410
767 Fifth Avenue
Sarah Ryu

1

NY Bar No. 5405642
New York, NY 10153
P: (212) 310-8000
F: (212) 310-8007
Konrad.Cailteux@weil.com
Katheryn.Maldonado@weil.com
Kathleen.Stanaro@weil.com
Sarah.Ryu@weil.com

/s/ Michelle Wangerin, Esq.
**NEW HAMPSHIRE LEGAL ASSISTANCE**
Michelle Wangerin
N.H. Bar No. 17769
Kay E. Drought
N.H. Bar No. 12851
154 High Street
Portsmouth, NH 03801
P: (603) 431-7411
F: (603) 431-8025
mwangerin@nhla.org
kdrought@nhla.org

**CHILDREN'S RIGHTS, INC.**
Ira Lustbader
NY Bar No. 2516946
Madeleine Kinney
NY Bar No. 5312426, MA Bar No. 690939
Kathleen Simon
NY Bar No. 5682810
Carolyn Hite
NY Bar No. 5677422
Rebecca Ritchin
NY Bar No. 6015069
88 Pine Street, 8th Floor
New York, NY 10005
P: (212) 683-2210
F: (212) 683-4015
ilustbader@childrensrights.org
mkinney@childrensrights.org
ksimon@childrensrights.org
chite@childrensrights.org
rritchin@childrensrights.org

2

**AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE**
Gilles R. Bissonnette
N.H. Bar No. 265393
Henry R. Klementowicz
N.H. Bar No. 21177
18 Low Avenue
Concord, NH 03301
T: (603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org

**DISABILITY RIGHTS CENTER-NH, INC.**
Jennifer A. Eber
N.H. Bar No. 8775
Kayla J. Turner
N.H. Bar No. 270167
Justin Littlefield
N.H. Bar No. 21182
64 North Main Street, Suite 2
Concord, NH 03301-4913
P: (603) 228-0432
F: (603) 225-2077
jennifere@drcnh.org
kaylat@drcnh.org
justinl@drcnh.org